JUDGE JONES

BLANK ROME, LLP
Attorneys for Plaintiff
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUA DAO SHIPPING (FAR EAST) LTD.,

                  Plaintiff,

-against-

CHEONG TAI SHIPPING (HONG KONG) LTD. and CENTRO DE DISTRIBUICAO E NEGOCIOS LUSO,

                  Defendants.

---

09 Civ.



'09 CIV 8499

RECEIVED
OCT 06 2009
U.S.D.C. S.D.N.Y.
CASHIERS

VERIFIED COMPLAINT

Plaintiff, HUA DAO SHIPPING (FAR EAST) LTD ("Plaintiff"), by its attorneys Blank Rome, LLP, complaining of the above-named Defendants CHEONG TAI SHIPPING (HONG KONG) LTD. ("CHEONG TAI") and CENTRO DE DISTRIBUICAO E NEGOCIOS LUSO ("CDNL") (collectively, Defendants"), alleges upon information and belief as follows:

1.     This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has admiralty jurisdiction under 28 U.S.C. §1333.

2.     At all material times, Plaintiff was and now is a foreign corporation.

3.     At all material times, Defendant CHEONG TAI is and was a foreign corporation organized under the laws of Hong Kong, with its registered office in Hong Kong, and no office or place of business in this Judicial District.

4. At all material times, Defendant CDNL is and was a foreign corporation with no office or place of business in this Judicial District.

5. On or about May 5, 2009, Plaintiff, entered into a maritime contract of time-charter party of its vessel, the M/V BM CHALLENGE ("the Vessel") with nonparty Asia Power Shipping (HK) Ltd. "Asia Power," as charterer ("the Charter"), for the carriage of a cargo of iron ore from Haldia, India to Rizhao, China.

6. As a result of Asia Power's total failure to pay any charter hire whatsoever, Plaintiff issued notices of lien on sub-freights and cargo to a sub-charterer, CHEONG TAI, and a sub-sub-charterer, CDNL.

7. In response to the said notices of lien, on July 20, 2009, CHEONG TAI and CDNL agreed in writing to pay the freight they owed Asia Power directly to Plaintiff ("the Agreement"), and did pay said freight.

8. Defendants also agreed in the Agreement to pay Plaintiff any demurrage incurred at the discharging port, and agreed to the terms on which demurrage would be earned. A copy of the Agreement is Ex. A. hereto.

9. Under a time-charter, such as existed between Plaintiff and Asia Power, compensation is fixed at a daily rate of hire. No demurrage is paid under a time-charter. The agreement between Plaintiff and Defendants for the earning and payment of demurrage was an independent maritime contract directly between Plaintiff and Defendants.

10. The Vessel incurred demurrage of US$493,280.30 at the discharging port of Luanda. A copy of Plaintiff's demurrage invoice and supporting documents, issued pursuant to the terms of the Agreement, is annexed hereto as Ex. B.

11. Defendants have failed and refused to pay the demurrage, despite due demand, and Plaintiff should recover a judgment against Defendants jointly and severally in the sum of US$493,280.30, plus interest and costs.

12. Plaintiff intends shortly to commence a law suit against Defendants in Hong Kong. The Courts of Hong Kong routinely award interest and legal fees to the successful party. Plaintiff estimates it will recover interest in the amount of at least US$88,790 at 6% annually for a period of at least three years, and recoverable legal fees and costs of at least US$100,000.

13. The total amount for which Plaintiff requests an order for the issuance of maritime attachment and garnishment is **US$682,070**.

14. Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant is believed to have or will have during the pendency of this action, assets within this district consisting of cash, funds, freight, hire credits in the hands of garnishees in this District, including but not limited to electronic fund transfers.

15. Defendant is engaged in the international shipping business, which is almost universally conducted in US Dollars. All cross-boarder U.S. Dollar electronic funds transfers are processed by intermediary banks in the United States, mostly in New York. The Clearing House Interbank Payment System, whose members clear U.S. Dollar transfers via accounts at the Federal Reserve Bank in New York City, represents that its members process 95% of all international U.S. Dollar electronic funds transfers.

**WHEREFORE**, Plaintiff prays:

A. That process in due form of law issue against the Defendants, citing them to appear and answer under oath all and singular the matters alleged in the Complaint;

B.     That since the Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of Defendants' tangible or intangible property or any other funds held by any garnishee in the District which are due and owing or otherwise the property of to the Defendants up to the amount of **US$682,070** to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint.

C.     That this Court appoint a substitute process server;

D.     That this Court award Plaintiff its damages or retain jurisdiction over this matter through the entry of a foreign judgment.

E.     That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
       October 6, 2009

                                        Respectfully submitted
                                        BLANK ROME, LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                        Jack A. Greenbaum (JG 0039)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY  10174-0208
                                        (212) 885-5000
                                        jgreenbaum@blankrome.com

## VERIFICATION

Jack A. Greenbaum. deposes and says:

1. I am a member of the firm of Blank Rome, LLP, attorneys for Plaintiff.

2. I have read the foregoing Complaint and I believe the contents thereof are true.

3. The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, having no officers or directors in this District.

4. The sources of my information and belief are documents provided to me and statements made to me by representatives of the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, N. Y. on October 6, 2009.

_____
Jack A. Greenbaum

BLANK ROME LLP
Attorneys for Plaintiff
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUA DAO SHIPPING (FAR EAST) LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>CHEONG TAI SHIPPING (HONG KONG) LTD. and CENTRO DE DISTRIBUICAO E NEGOCIOS LUSO,<br><br>Defendants. | 09 Civ.<br><br>**AFFIDAVIT UNDER SUPPLEMENTAL RULE B AND IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS** |

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

JACK A. GREENBAUM, being duly sworn, deposes and says:

1. I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome, LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendants, CHEONG TAI SHIPPING (HONG KONG) LTD. and CENTRO DE DISTRIBUICAO E NEGOCIOS LUSO ("Defendants"), foreign corporations, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Defendants are foreign corporations, with no offices or places of business in this Judicial District.

3. Under my supervision, my office did a search of the New York State Secretary of State, Division of Corporations, the Transportation Tickler, telephone assistance, and a general internet search.

4. In our search, we did not find any listing or reference to Defendants in this judicial district or the state of New York. In the circumstances, I believe Defendants cannot be found within this district.

5. We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process upon garnishees in this matter.

6. It is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

_____
JACK A. GREENBAUM

Sworn to before me this
6th day of October, 2009

_____
Notary Public

MICHELE GRANITO
Notary Public, State of New York
No. 01GR6202734
Qualified in Richmond County
Commission Expires Mar 23, 20__

Shanghai, 20th July 2009

In reference to the charter party signed with Asia Power Hong Kong and their complete breach of contract not having paid the due freight to the owners as per contract conditions and as per notice tendered to them

It has been mutually agreed between

Mr. Umberto Nardi - Huadao Shipping, Chairman
Mr. Li Yin Rui     - representing Cheong Tai Shipping (Hong Kong) Limited
Mr. Mras Lu        - representing Centro De Distribuicao e Negocios Luso-Chines (Xiangai)

That the freight cost for the M/V Challenge from Rizhao to Luanda will be accepted by all parties in reason of Usd.697.000,00.- (sixhundrednintyseventhousand) with conditions of Free Disbursement Account in both load/discharging ports Rizhao/Luanda and with discharging conditions of 1500Mtons per day SHINC conditions; in case of demurrage Usd.10.000,00.- per day or pro rata will be paid to owners immediately after completion of discharge.
NOR to be tendered atdn shinc, and time to count upon tendering.
The freight will be invoiced to Cheong Tai Shipping (Hong Kong) Limited Hong Kong and remitted to Huadao Shipping within 21st July 2009.
Vessel will confirm eta Luanda by tomorrow which should be around 23rd of July and will wait for appointed vessel's agent at discharging port to whom will be addressed vessel's pre arrival notice.
Fully reserved the rights of the owners to proceed against Asia Power.


CHEONG TAI SHIPPING (HONG KONG) LIMITED
Mr. Li Yin Rui           [signature]

CENTRO DE DISTRIBUCAO E NEGOCIOS LUSO-CHINES (XIANGAI)
Mr. Mars Lu              [signature]

HUADAO SHIPPING (FAR EAST) LIMITED
Mr. Umberto Nardi        [signature]


EX. A



# Hua Dao Shipping (Far East) Limited
# Hong Kong

Unit 2506, Singga Commercial Centre,
148 Connaught Road West, Hong Kong.
Tel: 852 2385 5397  Fax: 852 2300 1362
Telex: (051) 94078298 hdsl g
email: ops@huadaohk.com   www.huadaohk.com

## INVOICE

To: Cheong Tai Shipping (Hong Kong) Limited

Invoice no: HL675B
Date: Sept 22, 2009

Re: MV BM Challenge – Loading Cement and Equipment from Rizhao to Luanda on May 24, 2009

Amount (USD)

Accrued demurrage at discharge port Luanda
(Please refer to attached laytime sheet)

493,280.30

For and on behalf of
HUA DAO SHIPPING (FAR EAST) LIMITED
宏遠航運(遠東)有限公司

Authorized Signature(s)

TOTAL US DOLLARS FOUR HUNDRED NINETY THREE THOUSAND TWO HUNDRED EIGHTY AND CENTS THIRTY ONLY

**This invoice is due on presentation
Please remit via a direct payment order by means of SWIFT MT103 to our USD savings account numbered 00001-204242-008-79 in favour of "Hua Dao Shipping (Far East) Limited" with BNP Paribas, Hong Kong Branch, SWIFT Address: BNPAHKHH, Bank Code: 056
Correspondent Bank: BNP Paribas, New York Branch, SWIFT Address: BNPAUS3N, CHIPS ABA 0768

**Remarks: Payment on account of "BM Shipping Italy"**

EX. B

## DEMDES CALCULATOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vessel: | MV BM Challenge | | | at | Luanda | | |
| NOR Tendered: | Fri 24/07/09 | 9:36 | | | | | |
| Time Commences: | Fri 24/07/09 | 9:36 | | | | | |
| Cargo: | 13,454.830 | Rate: | 1,500 PWWD SHINC | | Time Allowed: | 8.96989 days | |
| DEMMURAGE Rate: | $ 10,000.00 | | | | Time Used: | 58.29792 days | |
| DEMDES TIME (d:hh:mm): | 0:00:00 | DEMURRAGE | | | Time gained / lost: | -49.32803 days | |
| DESPATCH: | | | DEMURRAGE: | | -$ 493,280.30 | | |

| Date | From | To | Time | Pct | Time Used | Balance Time | Remarks | C/P |
|---|---|---|---|---|---|---|---|---|
| Fri 24/07/09 | 9:36:00 | 24:00:00 | 0:14:24 | 100% | 0:14:24 | 8:08:52 | Laytime comm at 09:36 hrs on 24 Jul 09 | |
| Sat 25/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 7:08:52 | | |
| Sun 26/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 6:08:52 | | |
| Mon 27/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 5:08:52 | | |
| Tue 28/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 4:08:52 | | |
| Wed 29/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 3:08:52 | | |
| Thu 30/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 2:08:52 | | |
| Fri 31/07/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 1:08:52 | | |
| Sat 1/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | 0:08:52 | | |
| Sun 2/08/09 | 0:00:00 | 8:52:00 | 0:08:52 | 100% | 0:08:52 | 0:00:00 | Vsl entered on demurrage at 08:52 hrs on 02 Aug 09 | |
| Sun 2/08/09 | 8:52:00 | 24:00:00 | 0:15:08 | 100% | 0:15:08 | | ONCE ON DEMURRAGE, ALWAYS ON DEMURRAGE | |
| Mon 3/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 4/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 5/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 6/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 7/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 8/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 9/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 10/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 11/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 12/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 13/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 14/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 15/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 16/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 17/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 18/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 19/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 20/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 21/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 22/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 23/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 24/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 25/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 26/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 27/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 28/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 29/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 30/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 31/08/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 1/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 2/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 3/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 4/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 5/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 6/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 7/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 8/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 9/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 10/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 11/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 12/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 13/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Mon 14/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Tue 15/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Wed 16/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Thu 17/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Fri 18/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sat 19/09/09 | 0:00:00 | 24:00:00 | 1:00:00 | 100% | 1:00:00 | | ditto | |
| Sun 20/09/09 | 0:00:00 | 16:45:00 | 0:16:45 | 100% | 0:16:45 | | vsl completed dischg at 1645hrs lt on 20/9/2009 | |

| FAR EAST SHIP MANAGEMENT LIMITED | | ISSUE 0 | REV 0 | PAGE 1/1 |
|---|---|---|---|---|
| SHIPS FILE NO M25 | OFFICE FILE No 140.13 | FORM NO: 10.1 | | DATE 15.09 2008 |
| OFF HIRE CERTIFICATE | | APPLICABLE FOM SECTIONS 3 7 11 4(O) 12 3 | | |

### NOTICE OF READINESS

To Messrs.
Sdv Ami Angola
Estrada do cacuaco
Ne 288 Luanda - Angola

Gentlemen,
Please be advised that ...BM CHALLENGE........ ...under my command arrived at
........ Luanda, Angola ......... on 24 /07/2009....
At 0936 ... ......hours and is in every respect ready to load/discharge the cargo.

The time commences to count in accordance with the terms and conditions of the chaterparty / booking note dated ..20 July 2009

Yours faithfully

| BM CHALLENGE |
|---|
| Master |

Master

Notice tendered on .. ........ . 24/07/2009 .. at 0936 . .hours.
Notice accepted on ....24/07/2009.. at 0936. hours

HUAFENG
Construção e Engenharia Lda
A. Gerência
Shipper / Consignee / Agent

Original  Charterer
Copy:    Far East Ship Management
Copy:    Master file

Copyrights: Far East Ship Management Limited. Hong Kong. All rights reserved
Uncompiled reproduction of this manual, in any form is prohibited

| 1- Agents  AFRITRAMP, Luanda  Angola | | | | STANDARD STATEMENT OF FACTS | |
|---|---|---|---|---|---|
| 2- Vessel's name  BM CHALLENGE | | | | 3- Port  Luanda | |
| 4- Owners / Disponent Owners  BM SHIPPING GROUP S.P.A. | | | | 5-Vessel berthed  15.09.2009 at 11.30 hrs | |
| | | | | 6- Commenced L/transhipment | 7- Loading completed |
| 8- Cargo  13,454.83 Mts of general cargo | | | | 11- Cargo Documents on board | 10- Discharging completed  20.09.2009 at 16.45 hrs |
| | | | | 9- Discharging commenced  15.09.2009 at 13.55 hrs | 12- Vessel sailed  20.09.2009 at      hrs |
| | | | | 14- Working hours / meal hours of the port  06.00 -12.00 / 12.00 - 13.00 / 13.00 - 17.00"   Monday up to Friday. | |
| | | | | 20- Holidays during vessel's call in the port.  17.09.2009 - National Hero day. | |
| 15- Bill of lading weight / quantity  B/L N0. 01A - 4998 PKGS PO42.5R Cement 9996000 kgs.  B/L N0. 01B - 2164 PKGS PO42.5R Cement 2984100 kgs.  B/L N0. 02 - 2 PKGS FORK TRUCK 17500 kgs.  B/L N0. 03 - 3796 PKGS (All packed into six containers) 150300 kgs.  B/L N0. 04 - 26 PKGS Truck-mounted concrete pump, trailler concrete pump, concret  mixer and spare parts 206390 kgs.  B/L N0. 05 - 26 PKGS Scaffording prop 100540 kgs. | | | | | |
| 17- Vessel arrived on roads  24.07.2009 at 09.36 hrs | | | | 16- Outturn weight/quantity | |
| 18- Notice of readiness tendered  24.07.2009 at 09.36 hrs | | | | 19- Notice of readiness Accepted  As per C/P. | |
| Date | Day | Qty load/disch. | Reason | | |
| 24.07.2009 | FRIDAY | | 09.36 hrs Vessel on road (EOSP).  09.36 hrs Vessel drop anchor outer Luanda anchorage, waiting for berth  From 24.07.2009 at 09.36 hrs, Vessel waiting for berth.  vsl ready in all respects for discharging c/p cargo from 24.07.2009/0936 hrs lt. | | |
| 24.08.2009 | MONDAY | | 10:10 hrs Vessel anchor aweigh and proceed inner Luanda bay for Inward clearance formalities  11:00 hrs Vessel anchor anchored inner Luanda bay.  16:35 hrs Agent and Port Authorities on board.  15:56 hrs Inward clearance granted.  16:33 hrs Agent and Port Authorities disembarked. | | |
| 15.09.2009 | TUESDAY | | Until 15.09.2009 at 24.00 hrs Vessel waiting for berth  00.00 hrs To 10.10 hrs Vessel waiting for berth  10:10 hrs Anchor aweigh  10:10 hrs Pilot on board  11:12 hrs First line ashore  11:30 hrs All fast  11:24 hrs Pilot disembarked.  11:30 hrs F.W.E  13:55 hrs Commenced discharging, from main deck with 1 gang 1 ship crane working  14:12 hrs Commenced discharging from hold nr 5, with 1 gang 1 ship crane working.  15.00 hrs All deck cargo discharged.  15:20 hrs Commenced discharging from hold nr 2 & 4, with 2 gangs 2 ship cranes working.  17:20 hrs Stop discharging gangs dissembarked.  18:30 hrs Resumed discharging from hold nr 2, 3 & 5, with 3 gangs 3 ship cranes working.  18:40 hrs Stop discharging hold nr 2  19:45 hrs Sling break at hold nr 3 and stopped discharging  20:30 hrs Resumed discharging in hold nr 3, with 1 gang 1 ship crane working.  22:00 hrs Resumed discharging from hold nr 2, with 1 gang 1 ship crane working.  22 15 hrs Stopped discharging from hold nr 5.  23.45 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working. | | |
| 16.09.2009 | WEDNESDA | 1583.26 Mts. | 00:00 hrs Discharging in progress from hold nr 2, 3 & 5, with 3 gangs 3 ship cranes working  05:00 hrs Stopped discharging gang disembarked.  07:30 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working.  07:40 hrs Resumed discharging from hold nr 3, with 1 gang 1 ship crane working  07:45 hrs Resumed discharging from hold nr 2, with 1 gang 1 ship crane working.  09:15 hrs Resumed discharging from hold nr 4, with 1 gang 1 ship crane working.  09:25 hrs Stopped discharging from hold nr 4.  09:30 hrs Discharging in progress from hold nr 5 & 2, with 2 gangs 2 ship cranes working.  09:40 hrs Stopped discharging from hold nr 2.  11:10 hrs Resumed discharging from hold nr 3 & 4, with 2 gangs 2 ship cranes working.  12.00 hrs Discharging in progress from holds nr 2, 3, 4 & 5, with 3 gangs 3 ship cranes working.  12:10 to 12:45 hrs Lunch break.  12:45 hrs Resumed discharging from holds nr 1, 2, 3, 4 & 5, with 4 gangs 4 ship cranes working.  14:30 hrs Stopped discharging from hold nr 3.  17:00 hrs Stopped discharging and gang disembarked.  18:30 hrs Resumed discharging from hold nr 5.  18:45 hrs Resumed discharging from hold nr 2, with 1 gang 1 ship crane working.  19:30 Resumed discharging from hold nr 3.  24:00 hrs Discharging in progress from holds nr 2, 3 & 5, with 3 gangs 3 ship cranes working | | |
| 17.09.2009 | THURSDAY | | 00:00 hrs Discharging in progress from holds nr 2, 3 & 5, with 3 gangs 3 ship cranes working.  02:20 hrs Stopped discharging from hold nr 5.  03:30 hrs Hold nr 5 closed because of rain.  05:00 hrs Stopped discharging and gang disembarked.  06.00 hrs opened hold nr 5.  07:50 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working  08:00 hrs Resumed discharging from holds nr 3 & 4, with 1 gang 1 ship crane working.  08:30 hrs Resumed discharging from hold nr 1, with 1 gang 1 ship crane working  09:25 hrs Stopped discharging from hold nr 5.  10:00 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working.  10:00 hrs Discharging in progress from holds nr 1, 2, 3, 4 & 5, with 5 gangs 5 ship cranes working.  10:45 hrs Stopped discharging from hold nr 4 & 5.  10:48 hrs Stopped discharging from hold nr 1 & 2.  11:00 hrs Discharging in progress from hold nr 3, with 1 gang 1 ship crane working.  12.00 hrs Lunch break. | | |

*[Stamp: SDV - AMI Angola, Agência de Luanda, Estrada de Cacuaco, AFRITRAMP]*

| Date | Day | Tonnage | Events |
|---|---|---|---|
| | | | 12:45 hrs Resumed discharging from holds nr 3, 4 & 5, with 3 gangs 3 ship cranes working |
| | | | 13:40 hrs Discharging completed from hold nr 4. |
| | | | 17:10 hrs Discharging from hold nr 2, with 1 gang 1 ship crane working. |
| | | | 17:15 hrs Stopped discharging and gang disembarked. |
| | | | 18.45 hrs Resumed discharging from holds nr 2, 3, 4 & 5, with 4 gangs 4 ship cranes working. |
| | | | 18:55 hrs Stopped discharging from hold nr 2. |
| | | | 19:10 hrs Resumed discharging from hold nr 1, with 1 gang 1 ship crane working. |
| | | | 20:00 hrs Stopped discharging from hold nr 5. |
| | | | 20:50 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working. |
| | | | 21:00 hrs Stopped discharging from hold nr 1. |
| | | | 21:40 hrs Resumed discharging from hold nr 1, with 1 gang 1 ship crane working. |
| | | | 24:00 hrs discharging in progress from holds nr 1, 3, 4 & 5, with 4 gangs 4 ship cranes working. |
| 18.09.2009 | FRIDAY | | 00:10 hrs Resumed discharging from hold nr 1, with 1 gang 1 ship crane working. |
| | | | 00:20 to 02:10 hrs Resumed discharging from hold nr 2, with 1 gang 1 ship crane working. |
| | | | 00:20 to 03:00 hrs Resumed discharging from hold nr 5, with 1 gang 1 ship crane working. |
| | | | 00:40 to 02:10 hrs Resumed discharging from hold nr 3, with 1 gang 1 ship crane working. |
| | | | 04:00 hrs Resumed discharging from hold nr 1, 2, 3, 4, & 5. |
| | | | 05:00 hrs All gangs disembarked. |
| | | | 07:40 hrs Resumed discharging from holds nr 1, 2, 3, 4 & 5, with 5 gangs 5 ship cranes working. |
| | | | 09:00 hrs Discharging in progress from hold nr 1, 2, 3, 4 & 5. |
| | | | 09:30 hrs Stopped discharging from hold nr 1. |
| | | | 10:20 hrs Stopped discharging from hold nr 2, 3, 4 & 5. |
| | | | 10:40 hrs Resumed discharging from hold nr 4, with 1 gang 1 ship crane working. |
| | | | 10:50 hrs Resumed discharging from hold nr 2, with 1 gang 1 ship crane working. |
| | | | 11:20 hrs Resumed discharging from hold nr 3, with 1 gang 1 ship crane working. |
| | | | 12:00 hrs Discharging in progress from holds nr 2, 3 & 4, with 3 gangs 3 ship cranes working. |
| | | | 12:00 hrs Lunch break. |
| | | | 12:45 hrs Resumed discharging from hold nr 2, 3, 4, & 5. |
| | | | 16:40 hrs Discharged completed from hold nr 1. |
| | | | 17:00 to 18:40 hrs Dinner break. |
| | | | 18:40 hrs Resume discharging from hold nr 1, 2, 4 & 5. |
| | | | 21:00 hrs Discharging completed from hold nr 5. |
| | | | 21:00 to 21.50 hrs no Discharging from hold nr 2 & 4 ( no trucks). |
| | | | 22:00 hrs Resumed discharging from hold nr 2 & 4 discharging from hold nr |
| 19.09.2009 | SATURDAY | | 00:15 to 02:15 hrs Resumed discharging from hold nr 1, 2 & 4, no trucks. |
| | | | 02:30 to 03:30 hrs No discharging from hold nr 1, 2, & 4, no trucks. |
| | | | 04:00 to 05:00 hrs No discharging from hold nr 1, 2, & 4, no trucks. |
| | | | 05.00 to 07:30 hrs Break time. |
| | | 10 300 Mts | 07:30 hrs Resume discharging from hold nr 2 & 4. |
| | | | 12:00 to 13:00 hrs Break time. |
| | | | 14:35 hrs Discharging completed from hold nr 2. |
| | | | 17:10 hrs Resumed discharging from hold nr 1. |
| | | | 18:40 hrs Resumed discharging from hold nr 1, & 4. |
| | | | 24:00 hrs Discharging in progress from hold nr 1, & 4. |
| 20.09.2009 | SUNDAY | | 00:00 hrs Discharging in progress from hold nr 1, & 4 |
| | | | 05:00 Stopped discharging . |
| | | | 07e·40 hrs Resumed discharging from hold nr 1, & 4. |
| | | | 08:00 Discharging in progress from hold nr 1 & 4. |
| | | 12.489748. Mts | 08:00 hrs Remaining 965.082 Mts of cargo on board |
| | | | 11:12 hrs Discharging completed hold nr 1. |
| | | | 12:00 to 12:30 hrs Lunch break. |
| | | | 16:45 hrs Completed discharging hold nr 4. |
| | | 13.454.83 Mts | 16:45 hrs Completed all discharging operation. |
| | | | 16:45 to 24:00 hrs No pilot available |
| 21.09.2009 | Monday | | 08.15 hrs Agent and Port Authorities on board |
| | | | 08.55 hrs Outward clearance granted |
| | | | 09:20 hrs Agent and Port Authorities disembarked. |
| | | | 09:24 hrs Pilot on board |
| | | | 09:36 hrs Vessel cast off. |

General remarks:

Draft on departure Fwd 3.62 m Aft:6.50 m.

Bunkers on departure F.O 647 2 : Mtons D.O 32.74 Mtons L.O.14.07 Ltrs FW:50 Tons.

ETA next port: 30.09.2009

| | |
|---|---|
| Place and date | Name & signature (Master) |
| Port of Luanda, 5M terminal. | Captain, TARIKO NAZIE |
| 20.09.2009 | |
| Name & signature (Agents) | Name & signature ( For Charterers/Shippers/Receivers) |

BM CHALLENGE

Master

[Stamp: SDV - AMI Angola, Agência de Marinha, Estrada de Cacuaco, AFRITRAMP]